FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2022 APR -6  PM 4: 30

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

UNITED STATES OF AMERICA

v.                                          CASE NO. 2:22-cr-34-TPB-NPM
                                            8 U.S.C. § 1326(a)

NELSON FRANCISCO ZELAYA-MATUTE

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about February 18, 2022, in the Middle District of Florida, the

defendant,

NELSON FRANCISCO ZELAYA-MATUTE,

being an alien of the United States, who previously had been convicted of a felony

offense, including:

1. Illegal Re-entry into the United States, judgement entered on or about
   November 10, 2011 and

2. Illegal Re-entry into the United States, judgment entered on or about
   October 10, 2018,

and was thereafter deported, excluded, and removed from the United States on or

about April 23, 2007, November 25, 2011, May 19, 2017, and March 29, 2019, and

who had not received the consent of the Attorney General or the Secretary of

Homeland Security to reapply for admission to the United States, was found to be

voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a) and (b)(1).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____

Michael V. Leeman
Assistant United States Attorney

By: _____

Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

2

FORM OBD-34
APR 1991

No. 2:22-cr-

# UNITED STATES DISTRICT COURT
Middle District of Florida
Fort Myers Division

### THE UNITED STATES OF AMERICA

vs.

### NELSON FRANCISCO ZELAYA-MATUTE

## INDICTMENT

Violations:

8 U.S.C. §§ 1326(a) and (b)(1)

A true bill,

_____

Foreperson

Filed in open court this 6th day

of April, 2022.

_____

Clerk

Bail $_____

GPO 863 525